UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR WIDENER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>Defendants. | Case No. 20-cv-02076-SI<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT TO ADD DEFENDANT**<br><br>Re: Dkt. No. 32 |

On March 25, 2020, plaintiffs in the above action filed a complaint alleging various personal injuries and product liability based on exposure to asbestos. Dkt. No. 1. On May 20, 2020, plaintiffs filed a motion to (1) amend the complaint to add the entity Union Carbide Corporation as a defendant and (2) deem the proposed First Amended Complaint be served on all defendants who have appeared as of the date this order is entered "in the interest of preserving environmental resources." Dkt. No. 32. Defendants named in plaintiffs' original complaint were served in early to mid-April, thus more than 21 days have elapsed after service. Dkt. Nos. 28-31. Plaintiff has not previously amended the complaint.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Plaintiffs seek to add Union Carbide Corporation as a defendant which "may share liability for Mr. ARTHUR WIDENER'S asbestos related diseases. Plaintiffs contend that this additional entity manufactured, installed, distributed, sold and/or supplied asbestos-

containing products to plaintiff ARTHUR WIDENER's employers/jobsites." Dkt. No. 32 at 2.

Plaintiff's motion to amend the complaint is hereby GRANTED and the Amended Complaint is deemed served on all defendants who have appeared as of the date of this order.

**IT IS SO ORDERED**.

Dated: June 8, 2020

_____
SUSAN ILLSTON
United States District Judge